```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29050
   RODNEY LATHAN
   BRIGETTE LATHAN                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-2818     SSN XXX-XX-5754

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/05/2004 and was confirmed 11/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  68.06% from remaining funds.

     The case was paid in full 10/22/2007.
------------------------------------------------------------------------
                                                   INTEREST      PRINCIPAL
CREDITOR NAME              CLASS       CLAIM AMOUNT  PAID          PAID
------------------------------------------------------------------------
ABN AMRO MORTGAGE GROUP  CURRENT MORTG        .00         .00          .00
ABN AMRO MORTGAGE GROUP  MORTGAGE ARRE   4000.00          .00      4000.00
NUVELL CREDIT CO LLC     SECURED              .00         .00          .00
NUVELL CREDIT CO LLC     UNSECURED       9883.27          .00      6726.85
VILLAGE OF SOUTH HOLLAND SECURED           70.00          .00        70.00
SCHOTTLER & ZUKOSKY      PRIORITY       NOT FILED         .00          .00
AMERICAN GENERAL FINANCE UNSECURED      NOT FILED         .00          .00
AT & T BANKRUPCTY        UNSECURED        628.68          .00       427.90
AT & T BANKRUPCTY        UNSECURED      NOT FILED         .00          .00
CAPITAL ONE BANK         FILED LATE       832.23          .00          .00
CAPITAL ONE BANK         FILED LATE       760.05          .00          .00
CARSON PIRIE SCOTT       UNSECURED      NOT FILED         .00          .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED         .00          .00
NICOR GAS                UNSECURED        830.79          .00       565.46
RETAILERS NATIONAL BANK  UNSECURED      NOT FILED         .00          .00
AT & T WIRELESS          UNSECURED      NOT FILED         .00          .00
*SCHOTTLER & ZUKOSKY     DEBTOR ATTY    3,100.00                   3,100.00
TOM VAUGHN               TRUSTEE                                    841.79
DEBTOR REFUND            REFUND                                     336.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              16,068.00

PRIORITY                                              .00
SECURED                                          4,070.00
UNSECURED                                        7,720.21
ADMINISTRATIVE                                   3,100.00
TRUSTEE COMPENSATION                               841.79
DEBTOR REFUND                                      336.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 29050 RODNEY LATHAN & BRIGETTE LATHAN
```

```
                                ---------------        ---------------
TOTALS                              16,068.00              16,068.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
    Dated: 01/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 29050 RODNEY LATHAN & BRIGETTE LATHAN